CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

12/23/2025

LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

BRIAN JEFFREY HALL, JR.,

*Plaintiff*,

v.

NCB MANAGEMENT SERVICES, INC., ET AL.,

*Defendants*.

CASE NO. 6:25-CV-00076

ORDER

JUDGE NORMAN K. MOON

For the reasons stated in the contemporaneously filed Memorandum Opinion, NCB Management Service, Inc.'s Motion for Judgement on the Pleadings (Dkt. 15) is **GRANTED** and Plaintiff's Fair Credit Reporting Act claim against NCB is dismissed without prejudice.

Moreover, following an initial screening under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii), the Court dismisses all other claims without prejudice and **DENIES** all other pending motions (Dkts. 9, 13, 23, 26, 37, and 38) as moot.

The Clerk is directed to administratively close this case and to provide a copy of this Order to Plaintiff and to all counsel of record.

It is so ordered.

Entered this 23rd day of December, 2025.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE